# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Colon,<br><br>        Plaintiff,<br><br>v.<br><br>QBE North America, et al.,<br><br>        Defendants. | No. CV-16-01900-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Joint Motion for Leave to Retain a Substitute Claims Administrator and to Issue a Supplemental Notice to Claimants, and good cause appearing,

**IT IS ORDERED** the motion (Doc. 96) is **GRANTED**. The parties may retain a substitute claims administrator and the Proposed Supplemental Notice to Claimants, attached as Exhibit 1 to the parties' joint motion, is approved as to form and content and shall be mailed with the settlement checks to the Claimants.

Dated this 20th day of December, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge